# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | )  | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HIGH RIDGE BRANDS CO., *et al.*, | ) | Case No. 19–12689 (BLS) |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |
| | ) | |

## AGENDA FOR FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS

**Date and Time of Hearing:** <u>December 19, 2019 at 11:00 a.m. (ET)</u>

**Location:** **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

## PETITIONS AND RELATED PLEADINGS

1. Voluntary Chapter 11 Petitions

    A. High Ridge Brands Co. [Case No. 19-12689]
    B. High Ridge Brands Holdings, Inc. [Case No. 19-12690]
    C. HRB Midco, Inc. [Case No. 19-12691]
    D. HRB Buyer, Inc. [Case No. 19-12692]
    E. Golden Sun, Inc. [Case No. 19-12693]
    F. Continental Fragrances, Ltd. [Case No. 19-12694]
    G. Freshcorp, Inc. [Case No. 19-12695]
    H. Children Oral Care, LLC [Case No. 19-12696]
    I. Dr. Fresh, LLC [Case No. 19-12697]

2. Declaration of M. Benjamin Jones in Support of Debtors' Chapter 11 Petitions and First Day Motions and Applications [D.I. 2]

**MATTERS GOING FORWARD**

3. Debtors' Motion for an Order, Authorizing the Joint Administration of the Debtors' Chapter 11 Cases for Procedural Purposes Only [D.I. 3]

   Status: This matter will be going forward.

4. Debtors' Application for Entry of an Order Appointing Prime Clerk LLC as Claims and Noticing Agent Effective *Nunc Pro Tunc* to the Petition Date [D.I. 4]

   Status: This matter will be going forward.

5. Debtors' Motion for Interim and Final Orders, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Thereto [D.I. 5]

   Status: This matter will be going forward on an interim basis.

6. Debtors' Motion for Interim and Final Orders (I) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 6]

   Status: This matter will be going forward on an interim basis.

7. Debtors' Motion for Interim and Final Order, (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 7]

   Status: This matter will be going forward on an interim basis.

8. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Honor Prepetition Obligations Related to Customer Programs and Otherwise Continue Customer Programs in the Ordinary Course of Business and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 8]

   Status: This matter will be going forward on an interim basis.

9. Debtors' Motion for (I) an Order, (A) Authorizing and Approving Continued Use of Cash Management System; (B) Authorizing Use of Prepetition Bank Accounts and Check Stock; (C) Authorizing Payments of Prepetition Costs and Fees Associated with Customer Credit and Debit Card Transactions; (D) Waiving the Requirements of Section 345(b) on an *Interim* Basis; and (E) Granting Administrative Expense Status to Postpetition Intercompany Claims; and (II) a Supplemental Order Waiving the Requirements of Section 345(b) on a Final Basis [D.I. 9]

    Status:    This matter will be going forward.

10. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Shippers and Warehousemen, (C) Certain Vendors Entitled to Administrative Expense Status Under Section 503(b)(9) of the Bankruptcy Code, and (D) Foreign Vendors; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 10]

    Status:    This matter will be going forward on an interim basis.

11. Debtors' Motion for Entry of an Order (I) Authorizing (A) Payment of Prepetition Employee Wages, Salaries, and Other Compensation; (B) Payment of Prepetition Employee Business Expenses; (C) Contributions to Prepetition Employee Benefit Programs and Continuation of Such Programs in the Ordinary Course; (D) Payment of Workers' Compensation Obligations; (E) Payments for Which Prepetition Payroll Deductions Were Made; (F) Payment of All Costs and Expenses Incident to the Foregoing Payments and Contributions; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 11]

    Status:    This matter will be going forward.

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain a Senior Secured Superpriority Postpetition Financing Facility, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [D.I. 12]

    Related Document:

    A. Declaration of John Singh in Support of Debtors' Motion for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain a Senior Secured Superpriority Postpetition Financing Facility and (B) Redact Certain Fees Set Forth in the DIP Credit Agreement, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [D.I. 13]

    Status:    This matter will be going forward on an interim basis.

| | |
|---|---|
| Dated: December 18, 2019<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ian J. Bambrick*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Ian J. Bambrick (No. 5455)<br>Allison S. Mielke (No. 5934)<br>Jared W. Kochenash (No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1256<br><br>*Proposed Counsel to the Debtors* |