**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| HIGH RIDGE BRANDS CO., *et al.*, | : | Case No. 19-12689 (BLS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor(s). | : | CREDITORS |

---------------------------------

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **DDJ Capital Management, LLC**, Attn: Doug Wooden, 130 Turner Street, Bldg. 3, Suite 6N, Waltham, MA 02453 Phone: 781-283-8500 Fax: 781-419-9189

2.     **Barings Global Special Situations Credit 3 S.a.r.l,,** Attn: Stephen Johnson, 300 South Tryon Street, Ste. 2500, Charlotte, NC 28202, Phone: 980-417-5471

3.     **Wilmington Trust, National Association**, Attn: Peter Finkel, 50 South 6th Street, Ste. 1290 Minneapolis, MN 55402 Phone: 612-217-5629 Fax: 612-217-5651


                                          ANDREW R. VARA
                                          United States Trustee, Region 3


                                          /s/ *David L. Buchbinder* for
                                          T. PATRICK TINKER
                                          ASSISTANT UNITED STATES TRUSTEE

DATED: December 30, 2019

Attorney assigned to this Case: David L. Buchbinder, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Ian Bambrick, Esq., Phone: 302-571-6600, Fax: 302-571-1253