**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| HIGH RIDGE BRANDS CO., *et al.*,[1] | ) ) ) | Case No. 19–12689 (BLS) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
<u>JANUARY 15, 2020, AT 1:30 P.M. (ET)</u>**

**<u>MATTERS RESOLVED\ADJOURNED</u>**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain a Senior Secured Superpriority Postpetition Financing Facility, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [D.I. 12, 12/18/19]

   <u>Objection Deadline</u>:  January 8, 2020, at 4:00 p.m. (ET), extended to January 15, 2020, at 5:00 p.m. (ET) for Whitefort Capital Master Fund, LP and to January 17, 2020, at 10:00 a.m. (ET) for the Committee

   <u>Objections Filed</u>:

   A. Informal comments from the Committee

   <u>Related Documents</u>:

   A. Declaration of John Singh in Support of Debtors' Motion for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain a Senior Secured Superpriority Postpetition Financing Facility and (B) Redact Certain Fees Set Forth in the DIP Credit Agreement, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); High Ridge Brands Co. (5871); Golden Sun, Inc. (4712); Continental Fragrances, Ltd. (2541); Freshcorp, Inc. (3238); Children Oral Care, LLC (disregarded entity for tax purposes); and Dr. Fresh, LLC (5167). The mailing address for each of the Debtors is 333 Ludlow Street, South Tower, 2nd Floor, Stamford, Connecticut 06902.

      the Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [D.I. 13]

    B. Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506 and 507, (I) Authorizing the Debtors to Obtain a Senior Secured Superpriority Postpetition Financing Facility, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [D.I. 45, 12/19/19]

    C. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 48, 12/19/19]

  Status:   This matter is adjourned to the hearing scheduled for January 22, 2020, at 11:00 a.m. (ET).

2. Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets; (II) Scheduling an Auction for and Hearing to Approve Sale of Substantially All of the Debtors' Assets; (III) Approving Notice of Respective Date, Time and Place for Auction and for Hearing on Approval of Sale; (IV) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (V) Approving Form and Manner of Notice Thereof; and (VI) Granting Related Relief; and (B) an Order Authorizing and Approving (I) the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests; and (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Related Relief [D.I. 55, 12/23/19]

    Objection Deadline:   January 8, 2020, at 4:00 p.m. (ET), extended to January 17, 2020, at 10:00 a.m. (ET) for the Committee

    Objections Filed:

      A. Informal comments from the Committee

    Related Documents:  None

    Status: This matter is adjourned to the hearing scheduled for January 22, 2020, at 11:00 a.m. (ET).

**UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION— CERTIFICATION OF COUNSEL**

3. Debtors' Motion for Interim and Final Orders, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining

Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Thereto [D.I. 5, 12/18/19]

Objection Deadline:   January 8, 2020, at 4:00 p.m. (ET), extended to January 13, 2020, at 10:00 a.m. for the Committee

Objections Filed:

    A.   Informal comments from the Committee

Related Documents:

    A.   Interim Order, Pursuant to Sections 105(a) and 366 of the Bankruptcy Code, (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Payment, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Thereto [D.I. 37, 12/19/19]

    B.   Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 48, 12/19/19]

    C.   Certification of Counsel [D.I. 92, 1/13/20]

Status: A certification of counsel has been filed. No hearing is required.

4. Debtors' Motion for Interim and Final Orders (I) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 6, 12/18/19]

Objection Deadline:   January 8, 2020, at 4:00 p.m. (ET), extended to January 13, 2020, at 10:00 a.m. for the Committee

Objections Filed:

    A.   Informal comments from the Committee

Related Documents:

    A.   Interim Order (I) Authorizing Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 38, 12/19/19]

    B.   Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 48, 12/19/19]

       C. Certification of Counsel [D.I. 93, 1/13/20]

Status: A certification of counsel has been filed. No hearing is required.

5. Debtors' Motion for Interim and Final Order, (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 7, 12/18/19]

    Objection Deadline: January 8, 2020, at 4:00 p.m. (ET), extended to January 13, 2020, at 10:00 a.m. for the Committee

    Objections Filed:

       A. Informal comments from the Committee

    Related Documents:

       A. Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 39, 12/19/19]

       B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 48, 12/19/19]

       C. Certification of Counsel [D.I. 90, 1/10/20]

Status: A certification of counsel has been filed. No hearing is required.

6. Debtors' Motion for (I) an Order, (A) Authorizing and Approving Continued Use of Cash Management System; (B) Authorizing Use of Prepetition Bank Accounts and Check Stock; (C) Authorizing Payments of Prepetition Costs and Fees Associated with Customer Credit and Debit Card Transactions; (D) Waiving the Requirements of Section 345(b) on an *Interim* Basis; and (E) Granting Administrative Expense Status to Postpetition Intercompany Claims; and (II) a Supplemental Order Waiving the Requirements of Section 345(b) on a Final Basis [D.I. 9, 12/18/19]

    Objection Deadline: January 8, 2020, at 4:00 p.m. (ET), extended to January 13, 2020, at 10:00 a.m. for the Committee

    Objections Filed:   None

    Related Documents:

       A. Interim Order, Pursuant to Sections 105(a), 345, 363, 364, 503(b), 1107(a), and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-2, (A) Authorizing and Approving Continued Use of Cash Management System; (B) Authorizing Use of Prepetition Bank

    Accounts and Check Stock; (C) Authorizing Payments of Prepetition Costs and Fees Associated with Customer Credit and Debit Card Transactions; (D) Waiving the Requirements of Section 345(b) on an *Interim* Basis; and (E) Granting Administrative Expense Status to Postpetition Intercompany Claims [D.I. 41, 12/19/19]

   B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 48, 12/19/19]

   C. Certificate of No Objection [D.I. 91, 1/12/20]

   D. Proposed Order

  Status: A certificate of no objection has been filed. No hearing is required.

## CONTESTED MATTERS GOING FORWARD

7. Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Honor Prepetition Obligations Related to Customer Programs and Otherwise Continue Customer Programs in the Ordinary Course of Business and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 8, 12/18/19]

  Objection Deadline: January 8, 2020, at 4:00 p.m. (ET), extended to January 13, 2020, at 10:00 a.m. for the Committee

  Objections Filed:

   A. Informal comments from the Committee

  Related Documents:

   A. Interim Order (I) Authorizing the Debtors to Honor Prepetition Obligations Related to Customer Programs and Otherwise Continue Customer Programs in the Ordinary Course of Business and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 40, 12/19/19]

   B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 48, 12/19/19]

  Status: Proposed counsel to the Committee has requested an adjournment of this matter to the hearing scheduled for January 22, 2020, at 11:00 a.m. (ET) and a further extension of the objection deadline to January 14, 2020, at 10:00 a.m. Proposed counsel to the Debtors is confirming with the Debtors that the requested adjournment is workable. This matter is currently going forward.

8. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Shippers

and Warehousemen, (C) Certain Vendors Entitled to Administrative Expense Status Under Section 503(b)(9) of the Bankruptcy Code, and (D) Foreign Vendors; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 10, 12/18/19]

Objection Deadline:  January 8, 2020, at 4:00 p.m. (ET), extended to January 13, 2020, at 10:00 a.m. for the Committee with a request to the Court for authority to further extend to January 14, 2020, at 10:00 a.m.

Objections Filed:

    A. Informal comments from the Committee

Related Documents:

    A. Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Shippers and Warehousemen, (C) Certain Vendors Entitled to Administrative Expense Status Under Section 503(b)(9) of the Bankruptcy Code, and (D) Foreign Vendors; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 42, 12/19/19]

    B. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 48, 12/19/19]

Status: This matter is going forward.

Dated: January 13, 2019
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ian J. Bambrick*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Ian J. Bambrick (No. 5455)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1256

*Proposed Counsel to the Debtors*