## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| HIGH RIDGE BRANDS CO., *et al.*, [1] | ) |
| | ) Case No. 19–12689 (BLS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**NOTICE OF <u>AMENDED</u>[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 24, 2020, AT 10:00 A.M. (ET)**

---

**AS NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

---

## RESOLVED/ADJOURNED MATTERS

1.      Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 62, 12/30/19]

   Objection Deadline:   January 13, 2020, at 4:00 p.m. (ET)

   Objections Filed:

   A.      Informal comments from the U.S. Trustee

   Related Documents:

   A.      Supplemental Declaration of Edmon L. Morton in Support of the Debtors' Application for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 101, 1/14/20]

   B.      Certification of Counsel [D.I. 106, 1/14/20]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); High Ridge Brands Co. (5871); Golden Sun, Inc. (4712); Continental Fragrances, Ltd. (2541); Freshcorp, Inc. (3238); Children Oral Care, LLC (disregarded entity for tax purposes); and Dr. Fresh, LLC (5167).  The mailing address for each of the Debtors is 333 Ludlow Street, South Tower, 2nd Floor, Stamford, Connecticut 06902.

[2]   **Amendments appear in bold.**

C.      Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors, *Nunc Pro Tunc* to the Petition Date [D.I. 113, 1/15/20]

Status: An order has been entered.  No hearing is required.

2.      Motion of the Debtors for Entry of an Order Authorizing the Debtors to Retain Ankura Consulting Group, LLC, *Nunc Pro Tunc* as of the Petition Date, (A) to Provide Interim Management Services and (B) to Provide the Debtors with a Chief Restructuring Officer [D.I. 63, 12/30/19]

Objection Deadline:    January 13, 2020, at 4:00 p.m. (ET)

Objections Filed:

A.      Informal comments from the U.S. Trustee

Related Documents:

A.      Certification of Counsel  [D.I. 102, 1/14/20]

B.      Order Granting Motion of the Debtors for Entry of an Order Authorizing the Debtors to Retain Ankura Consulting Group, LLC, *Nunc Pro Tunc* as of the Petition Date, (A) to Provide Interim Management Services and (B) to Provide the Debtors with a Chief Restructuring Officer [D.I. 110, 1/15/20]

Status: An order has been entered.  No hearing is required.

3.      Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Debevoise & Plimpton LLP as Special Corporate, Transactional and Litigation Counsel for the Debtors Effective *Nunc Pro Tunc* to the Petition Date [D.I. 64, 12/30/19]

Objection Deadline:    January 13, 2020, at 4:00 p.m. (ET)

Objections Filed:

A.      Informal comments from the U.S. Trustee

Related Documents:

A.      Declaration of M. Benjamin Jones in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Debevoise & Plimpton LLP as Special Corporate, Transactional and Litigation Counsel for the Debtors Effective *Nunc Pro Tunc* to the Petition Date [D.I. 103, 1/14/20]

B.      Certification of Counsel [D.I. 114, 1/15/20]

      C.      Order Authorizing the Employment and Retention of Debevoise & Plimpton LLC as Special Corporate, Transactional and Litigation Counsel for the Debtors Effective *Nunc Pro Tunc* to the Petition Date [D.I. 116, 1/16/20]

      Status: An order has been entered.  No hearing is required.

4.      Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, *Nunc Pro Tunc* to the Petition Date, and (II) Waiving Certain Information Requirements of Local Rule 2016-2 [D.I. 65, 12/30/19]

      Objection Deadline:   January 13, 2020, at 4:00 p.m. (ET)

      Objections Filed:

      A.      Informal comments from the U.S. Trustee

      Related Documents:

      A.      Certification of Counsel [D.I. 105, 1/14/20]

      B.      Order (I) Authorizing the Debtors to Retain and Compensate Certain Professionals Utilized in the Ordinary Course of Business, *Nunc Pro Tunc* to the Petition Date, and (II) Waiving Certain Information Requirements of Local Rule 2016-2 [D.I. 112, 1/15/20]

      Status: An order has been entered.  No hearing is required.

5.      Debtors' Application for an Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [D.I. 69, 12/30/19]

      Objection Deadline:   January 13, 2020, at 4:00 p.m. (ET)

      Objections Filed:    None

      Related Documents:

      A.      Certificate of No Objection [D.I. 100, 1/14/20]

      B.      Order Authorizing Employment and Retention of Prime Clerk LLC as Administrative Advisor *Nunc Pro Tunc* to the Petition Date [D.I. 109, 1/15/20]

      Status: An order has been entered.  No hearing is required.

6.      Debtors' Motion for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [D.I. 87, 1/8/20]

Objection Deadline:    January 15, 2020, at 4:00 p.m. (ET)

Objections Filed:        None

Related Documents:

      A.      Certificate of No Objection [D.I. 119, 1/16/20]

      B.      Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals [D.I. 126, 1/17/20]

Status: An order has been entered.  No hearing is required.

7.      Debtors' Motion for Entry of an Order Extending the Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 88, 1/8/20]

Objection Deadline:    January 15, 2020, at 4:00 p.m. (ET)

Objections Filed:        None

Related Documents:

      A.      Certificate of No Objection [D.I. 120, 1/16/20]

      B.      Order Extending the Deadline to File Schedules of Assets and Liabilities and Statements of Financial Affairs [D.I. 117, 1/17/20]

Status: An order has been entered.  No hearing is required.

## MATTERS WITH CERTIFICATIONS OF COUNSEL

8.      Debtors' Application for Entry of an Order Authorizing the Employment and Retention of PJT Partners LP as Investment Banker for the Debtors and Debtors in Possession, *Nunc Pro Tunc* to the Petition Date [D.I. 61, 12/30/19]

Objection Deadline:    January 13, 2020, at 4:00 p.m. (ET), extended to January 17, 2020, at 4:00 p.m. for the Committee

Objections Filed:

      A.      Informal comments from the Committee

      B.      Informal comments from the United States Trustee

Related Documents:

      A.      Certification of Counsel [D.I. 133, 1/22/20]

Status: A revised form of order has been submitted under certification of counsel.  No hearing is required.

9.   Debtors' Motion for Order, Pursuant to Sections 363(b) and 503(c) of the Bankruptcy Code Approving Key Employee Retention Plan and Granting Related Relief [D.I. 66, 12/30/19]

Objection Deadline:  January 13, 2020, at 4:00 p.m. (ET), extended to January 22, 2020, at 10:00 a.m. for the Committee

Objections Filed:

A.   Informal comments from the United States Trustee

Related Documents:

A.   [SEALED] KERP Schedule I [D.I. 68, 12/30/19]

B.   Certification of Counsel [D.I. 131, 1/22/20]

Status: A revised form of order has been submitted under certification of counsel.  No hearing is required.

10.   Motion of the Debtors for Entry of Order Authorizing Debtors to Redact Certain Sensitive Information in Connection with Debtors' Motion for Order, Pursuant to Sections 363(b) and 503(c) of the Bankruptcy Code: (I) Approving (A) Key Employee Retention Plan and (B) Severance Plan; and (II) Granting Related Relief [D.I. 67, 12/30/19]

Objection Deadline:   January 13, 2020, at 4:00 p.m. (ET)

Objections Filed:

A.   Informal comments from the United States Trustee

Related Document:

A.   Certification of Counsel [D.I. 132, 1/22/20]

Status: A revised form of order has been submitted under certification of counsel.  No hearing is required.

**MATTERS GOING FORWARD**

11.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Shippers and Warehousemen, (C) Certain Vendors Entitled to Administrative Expense Status Under Section 503(b)(9) of the Bankruptcy Code, and (D) Foreign Vendors; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 10, 12/18/19]

Objection Deadline:    January 8, 2020, at 4:00 p.m. (ET), extended to January 22, 2020, at 4:00 p.m. for the Committee

Objections Filed:

    A.  Informal comments from the Committee

Related Documents:

    A.  Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Shippers and Warehousemen, (C) Certain Vendors Entitled to Administrative Expense Status Under Section 503(b)(9) of the Bankruptcy Code, and (D) Foreign Vendors; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 42, 12/19/19]

    B.  Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 48, 12/19/19]

    C.  Certification of Counsel for Second Interim Order [D.I. 107, 1/14/20]

    D.  Second Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors and Service Providers, (B) Shippers and Warehousemen, (C) Certain Vendors Entitled to Administrative Expense Status Under Section 503(b)(9) of the Bankruptcy Code, and (D) Foreign Vendors; and (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto [D.I. 118, 1/16/20]

    **E.  Certification of Counsel [D.I. 137, 1/23/20]**

Status: **A revised form of order has been submitted under certification of counsel. No hearing is required.**

12.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain a Senior Secured Superpriority Postpetition Financing Facility, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [D.I. 12, 12/18/19]

Objection Deadline:    January 8, 2020, at 4:00 p.m. (ET), extended to January 15, 2020, at 5:00 p.m. (ET) for Whitefort Capital Master Fund, LP and to January 22, 2020, at 4:00 p.m. (ET) for the Committee

Objections Filed:

A.     Informal comments from the Committee

Related Documents:

A.     Declaration of John Singh in Support of Debtors' Motion for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain a Senior Secured Superpriority Postpetition Financing Facility and (B) Redact Certain Fees Set Forth in the DIP Credit Agreement, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [D.I. 13]

B.     Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506 and 507, Authorizing the Debtors to Obtain a Senior Secured Superpriority Postpetition Financing Facility, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [D.I. 45, 12/19/19]

C.     Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 48, 12/19/19]

Status: **This matter is adjourned by agreement to Wednesday, January 29, 2020 at 1:30 p.m. (ET).**

13.    Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets; (II) Scheduling an Auction for and Hearing to Approve Sale of Substantially All of the Debtors' Assets; (III) Approving Notice of Respective Date, Time and Place for Auction and for Hearing on Approval of Sale; (IV) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (V) Approving Form and Manner of Notice Thereof; and (VI) Granting Related Relief; and (B) An Order Authorizing and Approving (I) the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and other Interests; and (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Related Relief [D.I. 55, 12/23/19]

Objection Deadline:   January 8, 2020, at 4:00 p.m. (ET), extended for the Committee to January 22, 2020, at 4:00 p.m. (ET)

Objections Filed:

    A.    Informal comments from the Committee

Related Documents:

    A.    Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale [D.I. 121, 1/16/20]

Status: **This matter is adjourned by agreement to Wednesday, January 29, 2020 at 1:30 p.m. (ET).**

Dated: January 23, 2019
       Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Edmon L. Morton*
Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Ian J. Bambrick (No. 5455)
Allison S. Mielke (No. 5934)
Jared W. Kochenash (No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

*Counsel to the Debtors*