IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HIGH RIDGE BRANDS CO., *et al.*,[1] | Case No. 19–12689 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 55** |

## NOTICE OF (I) REVISED PROPOSED BID DEADLINE, AUCTION DATE, AND OTHER SALE-RELATED DEADLINES, AND (II) SALE HEARING

**PLEASE TAKE NOTICE** that, on December 23, 2020, the Debtors filed the *Debtors' Motion for entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially all of the Debtors' Assets; (II) Scheduling an Auction for and Hearing to Approve Sale of Substantially All of the Debtors' Assets; (III) Approving Notice of Respective Date, Time and Place for Auction and for Hearing on Approval of Sale; (IV) Approving Procedure for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (V) Approving Form and Manner of Notice Thereof; and (VI) Granting Related Relief; and (B) an Order Authorizing and Approving (I) the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests; and (II) the Assumption and Assignment of Certain Executory Contract and Unexpired Leases; and (III) Related Relief* [Docket No. 55] (the "**Bidding Procedures Motion**"). The Bidding Procedures Motion requested, among other things, the implementation of certain Bidding Procedures,[2] including a sale timeline, for the disposition of all or substantially all of the Assets.[3]

**PLEASE TAKE FURTHER NOTICE** that the Debtors have extended certain deadlines, as set forth in the chart attached hereto as Exhibit A.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); High Ridge Brands Co. (5871); Golden Sun, Inc. (4712); Continental Fragrances, Ltd. (2541); Freshcorp, Inc. (3238); Children Oral Care, LLC (disregarded entity for tax purposes); and Dr. Fresh, LLC (5167). The mailing address for each of the Debtors is 333 Ludlow Street, South Tower, 2nd Floor, Stamford, Connecticut 06902.

[2] All terms not otherwise defined herein shall have the meanings ascribed to them in the Bidding Procedures Motion (including the Bidding Procedures).

[3] The Bidding Procedures Motion included a reservation of rights whereby the Debtors reserved their rights to modify the Sale timeline and the Bidding Procedures in consultation with the Consultation Parties.

2

| | |
|---|---|
| Dated: January 29, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Allison S. Mielke*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Kenneth J. Enos (No. 4544)<br>Ian J. Bambrick (No. 5455)<br>Allison S. Mielke (No. 5934)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1256<br><br>*Counsel to the Debtors* |

**EXHIBIT A**

| Event | Original Date | Revised Date |
| --- | --- | --- |
| Deadline to file a proposed form of the Sale Order | No later than fourteen (14) calendar days prior to the Sale Hearing | **February 12, 2020** |
| Bid Deadline | February 5, 2020, at 5:00 p.m. (ET) | **February 18, 2020, at 10:00 a.m. (ET)** |
| Sale Objection Deadline | February {●}, 2020, at 4:00 p.m. | **February 19, 2020, at 4:00 p.m. (ET)** |
| Auction | February 7, 2020, at 10:00 a.m. (ET) | **February 20, 2020, at 10:00 a.m. (ET)** |
| Deadline to file Notice of Successful Bidder(s) | Twelve (12) hours following conclusion of the Auction | **No later than February 24, 2020, at 10:00 a.m. (ET)** |
| Post-Auction Objection Deadline | At or before the Sale Hearing | **At or before the Sale Hearing** |
| Sale Hearing | Subject to the Court's availability, three (3) calendar days after the respective Auction (or on or before twenty-five (25) calendar days after the Auction, to the extent such proposed sale is contested) | **February 26, 2020, at 11:30 a.m. (ET)** |
| Closing Date | No later than fourteen (14) calendar days (or thirty-five (35) calendar days, to the extent such proposed sale is contested) after the Auction | No later than fourteen (14) calendar days (or thirty-five (35) calendar days, to the extent such proposed sale is contested) after the Auction |

25945819.2