**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| HIGH RIDGE BRANDS CO., *et al.*,[1] | ) ) ) | Case No. 19–12689 (BLS) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**FEBRUARY 5, 2020, AT 11:30 A.M. (ET)**

**SINCE NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

**ADJOURNED MATTERS**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain a Senior Secured Superpriority Postpetition Financing Facility, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [D.I. 12, 12/18/19]

    Objection Deadline:  January 8, 2020, at 4:00 p.m. (ET), extended to January 15, 2020, at 5:00 p.m. (ET) for Whitefort Capital Master Fund, LP and to February 10, 2020, at 10:00 a.m. (ET) for the Committee

    Objections Filed:

    A.  Informal comments from the Committee

    Related Documents:

    A.  Declaration of John Singh in Support of Debtors' Motion for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain a Senior

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); High Ridge Brands Co. (5871); Golden Sun, Inc. (4712); Continental Fragrances, Ltd. (2541); Freshcorp, Inc. (3238); Children Oral Care, LLC (disregarded entity for tax purposes); and Dr. Fresh, LLC (5167). The mailing address for each of the Debtors is 333 Ludlow Street, South Tower, 2nd Floor, Stamford, Connecticut 06902.

          Secured Superpriority Postpetition Financing Facility and (B) Redact Certain Fees Set Forth in the DIP Credit Agreement, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [D.I. 13]

    B.    Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506 and 507, Authorizing the Debtors to Obtain a Senior Secured Superpriority Postpetition Financing Facility, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [D.I. 45, 12/19/19]

    C.    Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 48, 12/19/19]

Status:    This matter has been adjourned to February 11, 2020, at 1:30 p.m. (ET).

2.    Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets; (II) Scheduling an Auction for and Hearing to Approve Sale of Substantially All of the Debtors' Assets; (III) Approving Notice of Respective Date, Time and Place for Auction and for Hearing on Approval of Sale; (IV) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (V) Approving Form and Manner of Notice Thereof; and (VI) Granting Related Relief; and (B) An Order Authorizing and Approving (I) the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and other Interests; and (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Related Relief [D.I. 55, 12/23/19]

Objection Deadline:    January 8, 2020, at 4:00 p.m. (ET), extended for the United States Trustee to January 15, 2020, at 4:00 p.m. (ET) and for the Committee to February 10, 2020, at 10:00 a.m. (ET)

Objections Filed:

    A.    Informal comments from the United States Trustee

    B.    Informal comments from the Committee

Related Documents:

    A.    Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale [D.I. 121, 1/16/20]

    B.    Notice of (I) Revised Proposed Bid Deadline, Auction Date, and Other Sale-Related Deadlines, and (II) Sale Hearing [D.I. 153, 1/29/20]

    C.    Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [D.I. 154, 1/29/20]

<u>Status</u>: The informal comments from the United States Trustee have been resolved. This matter has been adjourned to February 11, 2020, at 1:30 p.m. (ET).

| | |
|---|---|
| Dated: February 3, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ian J. Bambrick*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Ian J. Bambrick (No. 5455)<br>Allison S. Mielke (No. 5934)<br>Jared W. Kochenash (No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>*Counsel to the Debtors* |