IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| HIGH RIDGE BRANDS CO., *et al.*,[1] | ) Case No. 19–12689 (BLS) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
FEBRUARY 14, 2020, AT 10:00 A.M. (ET)**

**UNCONTESTED MATTER GOING FORWARD**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain a Senior Secured Superpriority Postpetition Financing Facility, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [D.I. 12, 12/18/19]

    Objection Deadline:  January 8, 2020, at 4:00 p.m. (ET), extended to January 15, 2020, at 5:00 p.m. (ET) for Whitefort Capital Master Fund, LP and to February 12, 2020, at 10:00 a.m. (ET) for the Committee

    Objections Filed:

    A.  Informal comments from the Committee

    Related Documents:

    A.  Declaration of John Singh in Support of Debtors' Motion for Entry of Interim and Final Order (I) Authorizing the Debtors to (A) Obtain a Senior Secured Superpriority Postpetition Financing Facility and (B) Redact Certain Fees Set Forth in the DIP Credit Agreement, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); High Ridge Brands Co. (5871); Golden Sun, Inc. (4712); Continental Fragrances, Ltd. (2541); Freshcorp, Inc. (3238); Children Oral Care, LLC (disregarded entity for tax purposes); and Dr. Fresh, LLC (5167). The mailing address for each of the Debtors is 333 Ludlow Street, South Tower, 2nd Floor, Stamford, Connecticut 06902.

26011551.1

the Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [D.I. 13, 12/18/19]

B. Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506 and 507, Authorizing the Debtors to Obtain a Senior Secured Superpriority Postpetition Financing Facility, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Authorizing the Use of Cash Collateral, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing and (VII) Granting Related Relief [D.I. 45, 12/19/19]

C. Omnibus Notice of First Day Pleadings and Final Hearing Thereon [D.I. 48, 12/19/19]

Status: The parties have resolved the Committee's concerns and are working on a form of order that they intend to present at or prior to the hearing.

Dated: February 12, 2020
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Edmon L. Morton*
Robert S. Brady (No. 2847) [rbrady@ycst.com]
Edmon L. Morton (No. 3856) [emorton@ycst.com]
Ian J. Bambrick (No. 5455) [ibambrick@ycst.com]
Allison S. Mielke (No. 5934) [amielke@ycst.com]
Jared W. Kochenash (No. 6557) [jkochenash@ycst.com]
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600

*Counsel to the Debtors*