# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| HIGH RIDGE BRANDS CO., *et al.*,[1] | ) ) ) | Case No. 19–12689 (BLS) |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 26, 2020, AT *12:30 P.M.* (ET)

**PLEASE NOTE THE TIME OF THE HEARING HAS CHANGED FROM 11:30 A.M. (ET) TO 12:30 P.M. (ET).**

## ADJOURNED\RESOLVED MATTERS

1. Application for Entry of an Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to the Official Committee of Unsecured Creditors Effective *Nunc Pro Tunc* to December 30, 2019 [D.I. 161, 1/31/20]

   Objection Deadline:  February 14, 2020, at 4:00 p.m. (ET)

   Objections Filed:  None

   Related Documents:

       A.  Certificate of No Objection [D.I. 230, 2/18/20]

       B.  Order Authorizing the Retention and Employment of Katten Muchin Rosenman LLP as Counsel to the Official Committee of Unsecured Creditors Effective *Nunc Pro Tunc* to December 30, 2019 [D.I. 235, 2/19/20]

   Status: An order has been entered. No hearing is required.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); High Ridge Brands Co. (5871); Golden Sun, Inc. (4712); Continental Fragrances, Ltd. (2541); Freshcorp, Inc. (3238); Children Oral Care, LLC (disregarded entity for tax purposes); and Dr. Fresh, LLC (5167). The mailing address for each of the Debtors is 333 Ludlow Street, South Tower, 2nd Floor, Stamford, Connecticut 06902.

[2] **Amendments appear in bold.**

25983575.2

2.     Application for Entry of an Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective *Nunc Pro Tunc* to December 30, 2019 [D.I. 162, 1/31/20]

    Objection Deadline:    February 14, 2020, at 4:00 p.m. (ET)

    Objections Filed:

        A.    Informal Response of United States Trustee

    Related Documents:

        A.    Certification of Counsel [D.I. 229, 2/18/20]

        B.    Order Authorizing the Retention and Employment of FTI Consulting, Inc. as Financial Advisor to the Official Committee of Unsecured Creditors Effective *Nunc Pro Tunc* to December 30, 2019 [D.I. 234, 2/19/20]

    Status: An order has been entered. No hearing is required.

3.     Application of the Official Committee of Unsecured Creditors of High Ridge Brands Co., *et al.*, for Entry of an Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel *Nunc Pro Tunc* to December 30, 2019 [D.I. 163, 1/31/20]

    Objection Deadline:    February 14, 2020, at 4:00 p.m. (ET)

    Objections Filed:    None

    Related Documents:

        A.    Certificate of No Objection [D.I. 231, 2/18/20]

        B.    Order Authorizing the Employment and Retention of Potter Anderson & Corroon LLP as Delaware Counsel to the Official Committee of Unsecured Creditors of High Ridge Brands Co., *et al., Nunc Pro Tunc* to December 30, 2019 [D.I. 236, 2/19/20]

    Status: An order has been entered. No hearing is required.

4.     Motion of Maricela Martinez for Relief from Stay Under Section 362 of the Bankruptcy Code [D.I. 207, 2/12/20]

    Objection Deadline:    February 19, 2020, at 4:00 p.m. (ET), extended for the Debtors to March 19, 2020, at 4:00 p.m. (ET)

    Objections Filed:    None to date

Status: This matter has been adjourned by agreement of the parties to the hearing currently scheduled for March 26, 2020, at 10:30 a.m. (ET).

## UNCONTESTED WITH CERTIFICATE OF NO OBJECTION

5.  ABGI Corp.'s Motion for Entry of an Order, Pursuant to Section 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1(b), Authorizing ABGI Corp. to File Under Seal the Limited Objection by ABGI Corp. to Debtors' Notice, Supplemental Notice and Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sale; and ABGI Corp.'s Demand for Adequate Assurance of Future Performance [D.I. 210, 2/12/20]

    Objection Deadline:    February 19, 2020, at 4:00 p.m. (ET)

    Objections Filed:    None

    Related Document:

    A.    Certificate of No Objection [D.I. 244, 2/20/20]

    B.    **Order Authorizing ABGI Corp. to File Under Seal the Limited Objection by ABGI Corp. to Debtors' Notice, Supplemental Notice and Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sale; and ABGI Corp.'s Demand for Adequate Assurance of Future Performance [D.I. 252, 2/24/20]**

    Status: **An order has been entered.**  No hearing is required.

## MATTER GOING FORWARD

6.  Debtors' Motion for Entry of (A) an Order (I) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets; (II) Scheduling an Auction for and Hearing to Approve Sale of Substantially All of the Debtors' Assets; (III) Approving Notice of Respective Date, Time and Place for Auction and for Hearing on Approval of Sale; (IV) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (V) Approving Form and Manner of Notice Thereof; and (VI) Granting Related Relief; and (B) An Order Authorizing and Approving (I) the Sale of Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Rights, Encumbrances, and Other Interests; and (II) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Related Relief [D.I. 55, 12/23/19] (the "Sale Motion")[3]

---

[3] Capitalized terms used herein, but not otherwise defined, have the meanings given to them in the Sale Motion

Objection Deadline: February 19, 2020, at 4:00 p.m. (ET) for objections to the Sale and the relief requested in connection with the Sale. At or before the sale hearing for objections to (i) the conduct of the Auction or (ii) solely with respect to the Non-Debtor Counterparties to the Contracts, to the specific identity of and adequate assurance of future performance provided by the Successful Bidder with respect to the applicable Assumed Contract

Objections Filed:

- A. Objection of Aerofil Technology, Inc. to Cure Amount Identified in Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale [D.I. 156, 1/30/20]

- B. Response by VVF Kansas Services, LLC to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale [D.I. 165, 2/3/20]

- C. Limited Objection by ABGI Corp. to Debtors' Notice, Supplemental Notice and Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection With Sale; and ABGI Corp.'s Demand for Adequate Assurance of Future Performance [D.I. 209, 2/12/20]

Related Documents:

- A. Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with Sale [D.I. 121, 1/16/20]

- B. Notice of (I) Revised Proposed Bid Deadline, Auction Date, and Other Sale-Related Deadlines, and (II) Sale Hearing [D.I. 153, 1/29/20]

- C. Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [D.I. 154, 1/29/20]

- D. Second Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [D.I. 169, 2/4/20]

E. Order (I) Approving Bidding Procedures in Connection With the Sale of Substantially All of the Debtors' Assets; (II) Scheduling an Auction for and Hearing to Approve Sale of Substantially all of the Debtors' Assets; (III) Approving Notice of Respective Date, Time and Place for Auction and for Hearing on Approval of Sale; (IV) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; (V) Approving Form and Manner of Notice Thereof; and (VI) Granting Related Relief [D.I. 173, 2/7/20]

F. Notice of Sale, Bidding Procedures, Auction, and Sale Hearing [D.I. 175, 2/7/20]

G. Notice of Filing of Proposed Form of Sale Order [D.I. 211, 2/12/20]

H. Third Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection with the Sale [D.I. 218, 2/13/20]

I. Notice of Successful Bidders and Back-Up Bidders [D.I. 247, 2/24/20]

**J. Notice of Service of Adequate Assurance Information [D.I. 260, 2/24/20]**

**K. Notice of Proposed Sale Orders [D.I. 262, 2/25/20]**

**L. Notice of Service of Adequate Assurance Information [D.I. 273, 2/25/20]**

**M. Notice of Filing of Draft Asset Purchase Agreements and Draft Transition Services Agreement [D.I. 274, 2/26/20]**

**N. Declaration of M. Benjamin Jones in Support of Sale [D.I. 275, 2/26/20]**

**O. Declaration of John Singh in Support of Sale [D.I. 276, 2/26/20]**

Status: This matter will be going forward.

|  |  |
|---|---|
| Dated: February 26, 2020<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Ian J. Bambrick*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Ian J. Bambrick (No. 5455)<br>Allison S. Mielke (No. 5934)<br>Jared W. Kochenash (No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>rbrady@ycst.com<br>emorton@ycst.com<br>ibambrick@ycst.com<br>amielke@ycst.com<br>jkochenash@ycst.com<br><br>*Counsel to the Debtors* |