IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| HRB WINDDOWN, INC., *et al.*,[1] | ) Case No. 19–12689 (BLS) |
|  | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

### NOTICE OF (I) ENTRY OF ORDER CONFIRMING SECOND AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF LIQUIDATION OF HIGH RIDGE BRANDS CO. AND ITS AFFILIATED DEBTORS; (II) EFFECTIVE DATE; AND (III) ADDRESS CHANGE

**PLEASE TAKE NOTICE** that on October 8, 2020, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered an order [Docket No. 619] (the "**Confirmation Order**") confirming the *Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation of High Ridge Brands Co. and Its Affiliated Debtors*, dated as of October 5, 2020, a copy of which was attached to the Confirmation Order (the "**Plan**").[2]

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on October 30, 2020.

**PLEASE TAKE FURTHER NOTICE** that as set forth in the Confirmation Order, unless required to be filed by an earlier date by another order of the Court, any Holder of an Administrative Claim, other than a Professional Fee Claim or a claim for U.S. Trustee Fees, must file with the Court and serve on (i) the Plan Administrator and his counsel, (ii) the U.S. Trustee, and (iii) all parties requesting notice pursuant to Bankruptcy Rule 2002, a request for payment of such Administrative Claim so as to be received by 5:00 p.m. (prevailing Eastern Time) on December 14, 2020. Such request must include at a minimum: (i) the name of the Debtor(s) that are purported to be liable for the Administrative Claim; (ii) the name of the Holder of the Administrative Claim; (iii) the amount of the Administrative Claim; (iv) the basis of the Administrative Claim; and (v) all supporting documentation for the Administrative Claim. Any Administrative Claim that is not timely filed as set forth above will be forever barred, and holders of such Administrative Claims will not be able to assert such Claims in any manner against the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: High Ridge Brands Holdings, Inc. (5996); HRB Midco, Inc. (8170); HRB Buyer, Inc. (3945); HRB Winddown, Inc. (f/k/a High Ridge Brands Co.) (5871); GSI Winddown, Inc. (f/k/a Golden Sun, Inc.) (4712); CFL Winddown, Inc. (f/k/a Continental Fragrances, Ltd.) (2541); FCI Winddown, Inc. (f/k/a Freshcorp, Inc.) (3238); COC Winddown, LLC (f/k/a Children Oral Care, LLC) (disregarded entity for tax purposes); and DRF Winddown, LLC (f/k/a Dr. Fresh, LLC) (5167). The mailing address for each of the Debtors is 333 Ludlow Street, South Tower, 2nd Floor, Stamford, Connecticut 06902.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

27272503.1

Plan Administrator, Liquidating Trustee, the Liquidating Trust, the Debtors, or their Estates, or their respective successors or assigns or their respective property.

**PLEASE TAKE FURTHER NOTICE** that as set forth in the Confirmation Order, unless required to be filed by an earlier date by another order of the Court, all Professional Fee Claims must be filed with the Court and served on (i) the Plan Administrator and his counsel (to the extent filed after the Effective Date), (ii) the U.S. Trustee, (iii) counsel to the Debtors, and (iv) counsel to the Committee, so as to be received by 5:00 p.m. (prevailing Eastern Time) on December 14, 2020. After notice and a hearing in accordance with the procedures established by the Bankruptcy Code and prior orders of this Court in the Chapter 11 Cases, the Court shall determine the Allowed amounts of such Professional Fee Claims. Any request for payment of a Professional Fee Claim that is not timely filed as set forth above will be forever barred, and holders of such Professional Fee Claims will not be able to assert such Claims in any manner against the Plan Administrator, Liquidating Trustee, the Liquidating Trust, the Debtors, or their Estates, or their respective successors or assigns or their respective property.

**PLEASE TAKE FURTHER NOTICE** that, as of the Effective Date, the Debtors' address shall be HRB Winddown Inc., c/o Ocean Ridge Capital Advisors, LLC, 56 Harrison Street, Suite 203A, New Rochelle, NY 10801.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. The Confirmation Order is also available free of charge by visiting the website maintained by Omni Agent Solutions at https://cases.primeclerk.com/highridge/, or by accessing the Bankruptcy Court's website for a fee at www.deb.uscourts.gov. Please note that a PACER password and login are required to access documents on the Bankruptcy Court's website.

Dated: October 30, 2020
      Wilmington, Delaware

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | DEBEVOISE & PLIMPTON LLP<br>M. Natasha Labovitz (admitted pro hac vice)<br>Nick S. Kaluk, III (admitted pro hac vice) |
| /s/ Kenneth J. Enos | 919 Third Avenue |
| Robert S. Brady (No. 2847) | New York, New York 10022 |
| Edmon L. Morton (No. 3856) | Telephone: (212) 909-6000 |
| Kenneth J. Enos (No. 4544) | Facsimile: (212) 909-6836 |
| Allison S. Mielke (No. 5934) | |
| Rodney Square | |
| 1000 North King Street | |
| Wilmington, Delaware 19801 | |
| Telephone: (302) 571-6600 | |

*Counsel to the Debtors*

27272503.1